**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arista Records LLC, a Delaware limited liability company; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Does 1-8, <br><br> Defendants. | CV-08-8088-PCT-JAT <br><br><br> **ORDER** |

Upon the Plaintiffs' Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law; and the Court finding good cause for limited discovery,

IT IS HEREBY ORDERED GRANTING Plaintiffs' Application for Leave to Take Immediate Discovery (Doc. #3).

IT IS FURTHER ORDERED that Plaintiffs may serve immediate discovery on the Northern Arizona University to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks documents that identify each Doe Defendant, including the name, current (and permanent) addresses and telephone numbers, e-mail addresses, and Media Access Control addresses for each Defendant. The subpoena may also seek all documents and electronically-stored information relating to the assignment of any IP address that NAU cannot link to a specific Doe Defendant. The disclosure of this information is ordered pursuant to 20 U.S.C. §1232g(b)(2)(B).

1    IT IS FURTHER ORDERED that any information disclosed to Plaintiffs in response
2 to the Rule 45 subpoena may be sued by Plaintiffs solely for the purpose of protecting
3 Plaintiffs' rights under the Copyright Act.
4    IT IS FURTHER ORDERED that Plaintiffs shall serve a copy of this Order on NAU
5 and the Motion (Doc. #3), if they have not done so already.
6    DATED this 5th day of September, 2008.

_____
James A. Teilborg
United States District Judge